# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| v. | |
| BASS, et al., | (ECF No. 22) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendants Bass and Miranda for excessive force in violation of the Eighth Amendment.

On April 29, 2011, Defendants filed a motion to dismiss.  Plaintiff failed to file an opposition or a statement of non-opposition to the motion.  Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to dismiss within **thirty (30) days** from the date of service of this order; and
2. The failure to respond to Defendants' motion in compliance with this order will result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

**Dated:   June 21, 2011**          /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1