1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  LAMONT SHEPARD,                                       CASE NO. 1:10-cv-00754-LJO-BAM PC

10                                  Plaintiff,           ORDER DENYING PLAINTIFF'S MOTION TO
                                                        COMPEL AND REQUEST FOR SANCTIONS
11            v.
                                                        (ECF Nos. 32, 33, 34)
12  BASS, et al.,

13                                  Defendants.
                                                    /
14  _____

15        Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the

17  complaint, filed April 30, 2010, against Defendants Bass and Miranda for excessive force in

18  violation of the Eighth Amendment.  On May 2, 2011, a discovery and scheduling order issued

19  opening discovery in this action.  On September 29, 2011, Plaintiff filed a motion to compel stating

20  that he had served requests for admissions and production of documents on August 5, 2011, and

21  Defendant Bass had failed to respond.

22        Defendant Bass filed an opposition to Plaintiff's motion on October 13, 2011, stating that

23  responses had been served upon Plaintiff.  Although Plaintiff claimed that his discovery requests

24  were served on August 5, 2011, the documents are dated August 7, 2011.  Defendant Bass asserts

25  that he served timely responses.

26        A review of Plaintiff's discovery requests shows that they are dated August 7, 2011, and

27  Defendant Bass served responses on September 21, 2011. (Exhibit A and B in Support of Defendant

28  Bass' Opposition to Plaintiff's Motion to Compel, ECF No. 34.)  Defendant Bass' responses were

1

1  served within the forty five days set in the discovery and scheduling ordering.  Accordingly,

2  Plaintiff's motion for an order compelling discovery and sanctions is HEREBY DENIED.

3

4       IT IS SO ORDERED.

5  **Dated:**    **November 7, 2011**                /s/ **Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2