# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>            Plaintiff,<br><br>      v.<br><br>BASS, et al.,<br><br>            Defendants. | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER STRIKING PLAINTIFF'S PRETRIAL STATEMENT<br><br>(ECF No. 38) |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the complaint, filed April 30, 2010, against Defendants Bass and Miranda for excessive force in violation of the Eighth Amendment.  On May 2, 2011, a discovery and scheduling order issued opening discovery in this action.  On November 11, 2011, findings and recommendations issued recommending granting Defendants' motion to dismiss certain claims and giving the parties thirty days in which to file objections.  The deadline to file dispositive motions is March 12, 2012. Plaintiff filed a pretrial statement on December 5, 2011.

Once dispositive motions have been filed and ruled upon, the Court will issue a scheduling order setting dates for the parties to file pretrial statements.  Plaintiff's pretrial statement, filed December 5, 2011, is premature and is HEREBY ORDERED STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   **December 7, 2011**          /s/ **Barbara A. McAuliffe**
                                                    UNITED STATES MAGISTRATE JUDGE