# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S OFFICIAL CAPACITY CLAIMS AND CLAIMS FOR DECLARATORY RELIEF |
| v. | |
| BASS, et al., | (ECF No. 36) |
| Defendants. | |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 8, 2011, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within thirty days. More than thirty days has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 8, 2011, is adopted in full; and

2. Defendants' Motion to Dismiss is GRANTED;

3. Plaintiff's official capacity claims and claims for declaratory relief are DISMISSED, with prejudice; and

1

4.  This action shall proceed against Defendants Miranda and Bass, in their official capacities, for monetary damages.

IT IS SO ORDERED.

Dated:   **January 6, 2012**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE