# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| BASS, et al., | (ECF No. 54) |
| Defendants. | |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

This action is proceeding on the complaint, filed April 30, 2010, against Defendants Bass and Miranda for excessive force in violation of the Eighth Amendment. On November 8, 2011, findings and recommendations issued recommending that Defendants' motion to dismiss Plaintiff's official capacity and declaratory relief claims be granted. (ECF No. 36.) The parties were granted thirty days to file objections and no objections were filed. On January 10, 2012, an amended order adopting issued dismissing Plaintiff's official capacity claims and request for declaratory relief. (ECF No. 42.) On January 17, 2012,Plaintiff filed a motion for an evidentiary hearing stating that he did not receive the findings and objections. (ECF No. 45.) An order issued on February 2, 2012, denying Plaintiff's motion for an evidentiary hearing and granting Plaintiff an opportunity to file objections to the findings and recommendations within thirty days. (ECF No. 50.) Plaintiff filed objections to the finding and recommendations on February 10, 2012. (ECF No. 54.).

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court conducted a <u>de
2 novo</u> review of this case.  After a carefully review of the entire file, the Court adopted the findings
3 and recommendations, finding them to be supported by the record and by proper analysis.  The Court
4 has considered Plaintiff's objections and finds the order adopting remains valid and intact.

5    IT IS SO ORDERED.

6 **Dated:**     February 13, 2012              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE