1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LAMONT SHEPARD,                              CASE NO. 1:10-cv-00754-LJO-BAM PC

10                         Plaintiff,           ORDER STRIKING PLAINTIFF'S SURREPLY

11       v.                                     (ECF No. 57)

12  BASS, et al.,

13                         Defendants.
                                          /
14  _____

15          Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On January 19, 2012, Defendants

17  filed a motion for summary judgment.  (ECF No. 43.)  Plaintiff filed an opposition on February 3,

18  2012.  (ECF No. 51.)  Defendants filed a reply on February 10, 2012, and Plaintiff filed a surreply

19  on February 21, 2012.  (ECF Nos. 55, 57.)

20          The Local Rules provide for a motion, an opposition, and a reply.  Neither the Local Rules

21  nor the Federal Rules provide the right to file a surreply, and the Court neither requested one nor

22  granted a request on the behalf of Plaintiff to file one.  Accordingly, IT IS HEREBY ORDERED that

23  Plaintiff's surreply, filed February 21, 2012, is STRICKEN from the Court's record.

24          IT IS SO ORDERED.

25  **Dated:    March 20, 2012**                    _____/s/ **Barbara A. McAuliffe**_____
                                                UNITED STATES MAGISTRATE JUDGE
26

27

28

1