# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| BASS, et al., | |
| Defendants. | |
| / | (ECF Nos. 40, 43, 59, 60, 61) |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2012, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On May 30, 2012, Plaintiff filed an Objection, and on June 4, 2012, Defendants filed an Objection which have been considered by the Court.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1.     The Findings and Recommendations, filed May 17, 2012, is ADOPTED IN FULL;

2.     Plaintiff's Motion for Summary Judgment, filed January 4, 2012, is DENIED;

3.     Defendants' Motion for Summary Judgment, filed January 19, 2012, is GRANTED IN PART AND DENIED IN PART as follows:

    a.     Defendant Bass' Motion for Summary Judgment is DENIED;

    b.     Defendant Miranda's Motion for Summary Judgment is GRANTED; and

4.     This action is referred back to the Magistrate Judge.

IT IS SO ORDERED.

Dated:    **June 5, 2012**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE