# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>              Plaintiff,<br><br>       v.<br><br>BASS, et al.,<br><br>              Defendants.<br>_____/ | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER NOTIFYING PLAINTIFF OF WITNESS FEES AND COSTS DUE TO SUBPOENA UNINCARCERATED WITNESSES WHO REFUSE TO TESTIFY VOLUNTARILY |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following resolution of the parties' cross-motions for summary judgment, this action is now proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment. This action is set for trial on December 11, 2012, before the Honorable Lawrence J. O'Neill. Pursuant to the Court's scheduling order filed on June 6, 2012, Plaintiff was informed that if he wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify voluntarily, he must submit money orders for the witnesses to the Court no later than September 21, 2012. On June 19, 2012, Plaintiff filed a pretrial statement with the names and locations of four unincarcerated witnesses, who have not agreed to testify voluntarily, he wishes to have testify at trial.

　　　Plaintiff is notified that for each witness who does not agree to testify voluntarily, he must submit a money order, made payable to the witness, to the Court.  To obtain the attendance of a

witness, Plaintiff will need to submit a money order, for each witness, in the amount of $100.61.[1] No witness will be served with a subpoena absent the timely submission of a money order.

Finally, to the extent Plaintiff is unsure where the witness is currently located, the Court and the Marshal cannot and will not conduct an investigation on Plaintiff's behalf. Ascertaining the location of Plaintiff's non-incarcerated witnesses is Plaintiff's responsibility. If Plaintiff submits the money orders as required, the Court will direct the Marshal to serve the witnesses at the location provided by Plaintiff.

**Accordingly, pursuant to the Second Scheduling Order, for each unincarcerated, witness who has not agreed to voluntarily testify, that Plaintiff wishes to have served with summonses to testify at trial, he must submit, for *each* witness, a money order made out to that witness in the amount of $100.61 by September 21, 2012. The Court cannot accept cash, and the money orders may not be made out to the Court. The money orders must be made out in the witness's name.**

IT IS SO ORDERED.

Dated:   **June 21, 2012**                    /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The daily witness fee of $40.00, plus $60.61 for round trip mileage for one day. 28 U.S.C. § 1821. It is 109.2 miles, round trip, from Corcoran State Prison to the courthouse, and the current mileage reimbursement rate is 55.5 cents per mile.