1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE |
| BASS, et al., | (ECF No. 67) |
| Defendants. | |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Following resolution of the parties' cross-motions for summary judgment, this action is now proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment. This action is currently set for jury trial on December 11, 2012.  On June 20, 2012, Plaintiff filed a motion for a settlement conference.

The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference.  Fed.R.Civ.P. 16(c)(9).  While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements.  Goss Graphic Systems, Inc. v. DEV Industries, Inc., 267 F.3d 624, 627 (7th Cir. 2001.)  Defendant has not indicated to the Court that he is willing to participate in a settlement conference.  No settlement conference will be scheduled until such time as *both* parties agree to participate in one.  Plaintiff is advised that this order does not preclude the parties from discussing settlement.  Should both parties be willing to participate in a settlement conference in a good faith effort to settle this action, they

1

1    may file a joint request for a settlement conference.

2         Accordingly, Plaintiff's motion for a settlement conference, filed June 20, 2012, is HEREBY

3    DENIED.

4         IT IS SO ORDERED.

5    **Dated:**   **June 21, 2012**                        **/s/ Barbara A. McAuliffe**
                                                      UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28