1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAMONT SHEPARD,                          CASE NO. 1:10-cv-00754-LJO-BAM PC

                    Plaintiff,           ORDER ADDRESSING PLAINTIFF'S
                                         CORRESPONDENCE

    v.                                   (ECF No. 71)

BASS, et al.,

                    Defendants.
                                   /

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Following resolution of the parties' cross-motions for summary judgment, this action is now proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment. This action is currently set for trial on December 11, 2012, before the Honorable Lawrence J. O'Neill.  On August 20, 2012, Plaintiff filed a document entitled "Trial Conflict with Plaintiff; Plaintiff Does Not Wish to Postpone the Trial in this Case."  There has been no motion to amend the scheduling order for the Court to address in this action.  If Defendant moves to amend the scheduling order, Plaintiff may file an opposition at that time.  Accordingly, the scheduling order issued June 6, 2012 remains in effect.

IT IS SO ORDERED.

Dated:    **August 22, 2012**         **/s/ Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE

1