1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   LAMONT SHEPARD,                          CASE NO. 1:10-cv-00754-LJO-BAM PC

10                          Plaintiff,        ORDER   SETTING   TELEPHONIC
                                             SCHEDULING CONFERENCE FOR OCTOBER
11          v.                                9, 2012, AT 8:00 A.M. IN COURTROOM 4 (LJO)

12   BASS, et al.,

13                          Defendants.
                                      /
14

15          This action is currently set for trial on December 11, 2012.  A telephonic scheduling

16   conference shall be held before the Honorable Lawrence J. O'Neill on **October 9, 2012, at 8:00 a.m.**

17   in Courtroom 4 (LJO) to address Defendants motion to postpone the trial date until 2013.

18   Defendants are to advise the prison that Plaintiff must be available promptly at 8:00 a.m. for the

19   hearing.  Accordingly, it is HEREBY ORDERED that:

20          1.      This matter is set for a telephonic scheduling conference on **October 9, 2012, at 8:00**

21                  **a.m.** in Courtroom 4 (LJO); and

22          2.      Counsel for Defendants is required to arrange for the participation of Plaintiff in the

23                  telephonic scheduling conference and to initiate the telephonic hearing at **(559) 499-**

24                  **5680**.

25

26          IT IS SO ORDERED.

27   Dated:    **September 28, 2012**              _____ **/s/ Barbara A. McAuliffe** _____
                                                  UNITED STATES MAGISTRATE JUDGE
28

1