# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BASS, et al.,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER SETTING SETTLEMENT CONFERENCE AND REQUIRING PARTIES TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENTS DIRECTLY TO CHAMBERS<br><br>Settlement Conference: November 7, 2012, at 9:30 a.m. in Courtroom 8 (BAM) |

　　　Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following resolution of the parties' cross-motions for summary judgment, this action is now proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment. This action is currently set for jury trial on January 29, 2013.

　　　The parties have indicated that this action may be amenable to settlement. A settlement conference shall be scheduled for **November 7, 2012, at 9:30 a.m.** before the undersigned. Unless otherwise permitted in advance by the Court, the attorney(s) who will try the case shall appear at the mandatory settlement conference with the person or persons having full authority to negotiate and settle the case, on any terms, at the conference.

　　　On or before **October 31, 2012**, the parties shall submit directly to the settlement conference judge's chambers a confidential settlement conference statement. This statement should not be filed with the Clerk's Office and should not be served on the other party. It should be mailed directly to

chambers at the following address: **Chambers of Magistrate Judge Barbara A. McAuliffe, 2500 Tulare Street, Suite 1501, Fresno, California, 93721**. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. The parties are urged to request the return of their statements. If such request is not made, the Court will dispose of the statements.

The Confidential Settlement Conference Statement shall include the following:

A. A brief statement of the facts of the case;

B. The relief sought; and

C. The party's position on settlement, including realistic settlement expectations, present demands and offers, and a history of past settlement discussions, offers, and demands.

Defendants shall include an estimate of the cost and time to be expended for further pretrial and trial matters.

Based upon the discussion at the hearing, IT IS HEREBY ORDERED that:

1. A settlement conference is set for **November 7, 2012 at 9:30 a.m.** before the undersigned; and

2. The parties shall submit confidential settlement statements as described in this order on or before **October 31, 2012**.

IT IS SO ORDERED.

Dated:   **October 9, 2012**          /s/ **Barbara A. McAuliffe**
                                 UNITED STATES MAGISTRATE JUDGE