# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BASS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER DISREGARDING PLAINTIFF'S NOTICE TO THE COURT<br><br>(ECF No. 85) |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following resolution of the parties' cross-motions for summary judgment, this action is now proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment. On August 22, 2012, Defendants filed a motion to continue the trial set for December 11, 2012, until after the first of the year. The Court ordered further briefing by Defendants and set a telephonic conference on October 9, 2012. After considering the parties filings, the telephonic conference was vacated and trial in this action was continued to January 29, 2013, at 8:30 a..m. before the undersigned. On October 12, 2012, Plaintiff filed a notice to the court complaining that Defendants and California State Prison, Corcoran were not complying with the order of the Court.

Plaintiff states that prison officials did not present him for the legal call on October 9, 2012, and he was informed that the conference call had been cancelled. Plaintiff argues that there is no reason to continue the trial as requested by Defendants.

Since the October 9, 2012, hearing was cancelled, prison official did not fail to comply with

1  a court order by not presenting Plaintiff for a conference call.  Additionally, the Court has considered
2  the moving papers and has granted Defendants' motion to continue the trial.
3       Accordingly, Plaintiff's notice, filed October 12, 2012, shall be DISREGARDED.
4       IT IS SO ORDERED.
5  **Dated:   October 15, 2012**           /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE