# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BASS, et al.,<br><br>　　　　　Defendants._____/ | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER ADVANCING TELEPHONIC TRIAL CONFIRMATION HEARING ON OCTOBER 25, 2012, TO 8:00 A.M. |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Due to scheduling conflicts, the telephonic trial confirmation hearing set for **October 25, 2012**, at 8:30 a.m. before the Honorable Lawrence J. O'Neill is advanced to **8:00 a.m.** Defense counsel shall notify the prison that Plaintiff must be available at 8:00 a.m.

IT IS SO ORDERED.

Dated:　**October 16, 2012**　　　　　　　　　　**/s/ Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1