# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | |
| v. | ORDER VACATING JANUARY 29, 2013, TRIAL DATE |
| BASS, et al., | AMENDED PRETRIAL ORDER |
| Defendants. | MOTIONS IN LIMINE DEADLINE: November 14, 2012 |
| | OPPOSITION TO MOTIONS IN LIMINE DEADLINE: November 23, 2012 |
| | MOTIONS IN LIMINE DATE: December 11, 2012, at 8:30 a.m. in Courtroom 4 (LJO) |
| | TRIAL DATE: December 11, 2012, at 8:30 a.m. in Courtroom 4 (LJO) |

A telephonic trial confirmation hearing was held on October 25, 2012, at 8:00 a.m., before the undersigned. Based upon the discussion at the hearing, IT IS HEREBY ORDERED that:

1. The trial date of January 29, 2013, is VACATED;
2. A jury trial is set before the undersigned for December 11, 2012, at 8:30 a.m., in Courtroom 4 (LJO);
3. Motions in limine shall be filed by November 14, 2012;
4. Opposition to motions in limine shall be filed by November 23, 2012;
5. A motions in limine hearing will be held prior to trial on December 11, 2012, at 8:30 a.m.; and

6. Proposed jury instructions, proposed verdict form, proposed voir dire questions, brief statement of facts, trial briefs, and trial binders shall be filed on or before November 29, 2012.

IT IS SO ORDERED.

**Dated:   October 25, 2012**                             /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE