# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>        Plaintiff,<br><br>    v.<br><br>BASS, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO CONTINUE SETTLEMENT CONFERENCE AND TO ALLOW TELEPHONIC APPEARANCE BY STAFF COUNSEL (ECF No. 89)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM (ECF No. 83)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE A COURTESY COPY OF THIS ORDER ON CDCR TRANSPORTATION, AND OUT-TO-COURT DESK AND LITIGATION OFFICE AT CALIFORNIA STATE PRISON, CORCORAN<br><br>Settlement Conference: November 27, 2012, at 9:30 a.m. in Courtroom 8 |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On October 9, 2012, an order issued setting a settlement conference in this action before the undersigned on November 7, 2012. On October 24, 2012, Defendant filed an ex parte application to continue the settlement conference due to a scheduling conflict and to allow a telephonic appearance by the California Department of Corrections and Rehabilitation ("CDCR") representative due to budgetary constraints.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's ex parte application to continue the settlement conference and allow the telephonic appearance of the CDCR representative at the conference is GRANTED;

2. The settlement conference set for November 7, 2012, at 9:30 a.m. in Courtroom 8 is VACATED;

3. A settlement conference is set before the undersigned for **November 27, 2012, at 9:30 a.m.** in Courtroom 8, and the representative from CDCR may make a telephonic appearance at the settlement conference;

4. The order & writ of habeas corpus ad testificandum, issued October 10, 2012, to transport Plaintiff for the settlement conference is VACATED; and

5. The Clerk's Office shall serve a courtesy copy of this order on CDCR Transportation, and the Out-to-Court Desk and Litigation Office at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated: **October 26, 2012**          /s/ **Barbara A. McAuliffe**
                                     UNITED STATES MAGISTRATE JUDGE