# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BASS, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER REQUIRING DEFENDANT BASS TO NOTIFY COURT REGARDING STIPULATION<br><br>FIFTEEN DAY DEADLINE |

This action is proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment, and is currently set for jury trial before the Honorable Lawrence J. O'Neill on December 11, 2012.

Under section 1983, Plaintiff is required to prove that the defendant (1) acted under color of state law and (2) deprived him of rights secured by the Eighth Amendment of the United States Constitution. Long v. County of Los Angeles, 442 F.3d 1178, 1185 (9th Cir. 2006). Generally, the issue of whether the defendant was acting under color of law is not in dispute in prisoner cases. Accordingly, within fifteen days from the date of service of this order, Defendant shall notify the Court if he will stipulate that he was acting under color of state law at the time of the incident at issue in this action.

IT IS SO ORDERED.

Dated:　　**November 14, 2012**　　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1