# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | |
| v. | SECOND AMENDED PRETRIAL ORDER PURSUANT TO STIPULATION OF THE PARTIES (ECF No. 93, 94, ) |
| BASS, et al., | |
| Defendants. | |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Following resolution of the parties' cross-motions for summary judgment, this action is now proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment. (ECF No. 62.) This action is currently set for jury trial before the Honorable Lawrence J. O'Neill on December 11, 2012. A pretrial order issued on October 16, 2012, and on October 24, 2012, an amended pretrial order issued setting amended pretrial dates. (ECF Nos. 87, 90.) On October 29, 2012, Defendant Bass filed an objection to the pretrial order. (ECF No. 93.) On October 30, 2012, a stipulation to amend Defendants' trial exhibit list was filed. (ECF No. 94.)

In the objection to the pretrial order, Defendant states that witness Ruelas was erroneously identified by the wrong first initial in his pretrial statement. The Court shall grant Defendant's request to amend the pretrial order to correct the name to Officer E. Ruelas.

In the pretrial order, Defendant was ordered to have all witnesses present in the courtroom at 9:30 a.m. on the first day of trial. Defendant proposes to have only Defendant present for the first

1 day of trial and the remaining witnesses to appear at 8:30 a.m. or 1:00 p.m. on the second day of trial.
2 (Objections to Pretrial Order 2, ECF No. 93.)
3       Jury selection in this action is anticipated to be completed early on the first day of trial.
4 Based upon the Court's experience in prisoner litigation, it is anticipated that opening statements will
5 be completed in the morning and the presentation of Plaintiff's witnesses will begin before noon.
6 While the Court is sympathetic to Defendant's desire to avoid having correctional staff be away from
7 the prison any longer than necessary, the Court values the time of the jurors and therefore strives to
8 avoid delays in the presentation of evidence whenever possible.  If all witnesses are available, the
9 presentation of witnesses in the trial of this action may be completed in one to one and a half days.
10 For that reason, the Court shall deny Defendant's request to amend the scheduling order to allow
11 witnesses to appear at staggered times over a two day period.
12       The parties have stipulated to amend Defendant's trial exhibit list to add photographs of the
13 cell in which Plaintiff was housed.  (Joint Stipulation to Amend Defendant's Trial Exhibit List 2,
14 ECF No. 94.)  Accordingly, IT IS HEREBY ORDERED that:
15     1.    Defendant's motion to amend the pretrial order to allow for witnesses to appear at
16         staggered times is denied;
17     2.    The pretrial order issued October 16, 2012, is amended as follows:
18         a.    Defendant's witness list is amended at page 7:14 to reflect
19             4.    Officer E. Ruelas
20         b.    Defendant's exhibit list is amended at page 8:10 to insert
21             5.    Photographs of Plaintiff's cell
22
23 IT IS SO ORDERED.
24 **Dated:   November 20, 2012**                /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE
25
26
27
28