# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00754-LJO-BAM PC |
| Plaintiff, | |
| v. | ORDER CONTINUING JURY TRIAL |
| BASS, et al., | Jury Trial: December 18, 2012, at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J. O'Neill |
| Defendants. | |

This action is proceeding on Plaintiff's complaint, filed April 30, 2010, against Defendant Bass for excessive force in violation of the Eighth Amendment, and is currently set for jury trial commencing on December 11, 2012.

Due to the Court's heavy calendar, which includes a trial in a criminal matter that has been confirmed to commence on that same date, December 11, 2012, before the undersigned, the jury trial is HEREBY CONTINUED to **December 18, 2012, at 8:30 a.m.** in Courtroom 4.


IT IS SO ORDERED.

**Dated:    November 28, 2012             /s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE