# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BASS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>ORDER VACATING NOVEMBER 7, 2012, ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO LAMONT SHEPARD, # K-29682<br><br>(ECF No. 95)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE A COURTESY COPY OF THIS ORDER ON CDCR TRANSPORTATION, AND OUT-TO-COURT DESK AND LITIGATION OFFICE AT CALIFORNIA STATE PRISON, CORCORAN |

On November 7, 2012, an Order and Writ of Habeas Corpus ad Testificandum issued commanding the Warden of California State Prison, Corcoran, to produce California prisoner Lamont Shepard, # K-29682, in this Court on December 11, 2012, to testify at trial in this action. On November 28, 2012, an Order issued continuing the trial until December 18, 2012.[1]

Accordingly, due to the continuation of the trial, IT IS HEREBY ORDERED that

1. The Court's Order and Writ of Habeas Corpus ad Testificandum issued on November 7, 2012, commanding the production of inmate Lamont Shepard, # K-29682, is VACATED; and

///

///

---

[1] An amended Order and Writ of Habeas Corpus ad Testificandum shall issue to transport Plaintiff for trial on December 18, 2012.

1

2. The Clerk's Office shall serve a courtesy copy of this Order on CDCR Transportation, and the Out-to-Court Desk and Litigation Office at California State Prison, Corcoran.

IT IS SO ORDERED.

Dated:   **December 3, 2012**                    **/s/ Barbara A. McAuliffe**
                                                                UNITED STATES MAGISTRATE JUDGE