

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. BASS,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 1:10-cv-00754-LJO-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **LAMONT SHEPARD, CDCR K-29682**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Jury trial in this matter commenced on December 18, 2012. Plaintiff, Lamont Shepard, CDCR K-29682, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 12-18-12　　　　　　　　　　　　　　　　／s／ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE