# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | Case No. 1:10-cv-00754-LJO-BAM (PC) |
| Plaintiff, | ORDER TO RECAPTION CASE |
| v. | |
| BASS, et al., | |
| Defendants. | |

This action proceeds only against Defendant G. Miranda. Therefore, the caption should reflect that this action no longer proceeds against Defendant Bass and that there are not multiple defendants. Accordingly, the caption for this case shall be as follows:

LAMONT SHEPARD,

    Plaintiff,

    v.

G. MIRANDA,

    Defendant.

IT IS SO ORDERED.

    Dated: __**October 28, 2015**__      __/s/ Lawrence J. O'Neill__
                                                                          UNITED STATES DISTRICT JUDGE