# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>             Plaintiff,<br><br>      v.<br><br>G. MIRANDA,<br><br>             Defendant.<br>_____/ | Case No. 1:10-cv-00754-LJO-BAM (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE MOTIONS IN LIMINE AND TO COMPLY WITH OTHER DEADLINES, AND DENYING REQUEST FOR SANCTION<br><br>(ECF No. 155)<br><br>ORDER DIRECTING CLERK TO EMAIL COPY OF ORDER TO LITIGATION COORDINATOR |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds to trial on Plaintiff's claim against Defendant G. Miranda for excessive force in violation of the Eighth Amendment. A jury trial is currently set in this matter for **December 17, 2015 at 8:30 a.m.**

On October 28, 2015, the Court issued a Pretrial Order in this matter, stating, among other things, that the motions in limine filing deadline was November 10, 2015. (ECF No. 145.) On November 16, 2015, Plaintiff filed a notice stating he did not receive the Court's Pretrial Order until November 11, 2015, one day after the motion in limine filing deadline. (ECF No. 155.) Stating that he believes Defendant Miranda and/or defense counsel somehow purposely delayed his receipt of the Court's Pretrial Order via the mail, he requests sanctions. (Id. at 1.)

As Plaintiff's request for sanctions is based on pure speculation, it is denied. Nevertheless, to afford Plaintiff a full and fair opportunity to present any written motions in limine, if any, in advance of trial, the Court will extend the deadlines set in the Pretrial Order for Plaintiff. Furthermore, the Court shall direct the Clerk of the Court to serve a copy of this order on the Litigation Coordinator at Kern Valley State Prison ("KVSP"), where Plaintiff is currently held, via email. The Court shall respectfully request that the KVPS Litigation Coordinator deliver the emailed copy of this order to Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for sanctions in his motion informing the Court of CDCR action/withholding legal mail (ECF No. 155) is DENIED;

2. Plaintiff must file with the Court and serve on Defendant any motion(s) in limine, and any opposition to Defendant's motion(s) in limine, by **December 2, 2015**. Defendant G. Miranda may serve and file any written opposition to Plaintiff's motion(s) in limine by **December 9, 2015**;

3. Although he is not required to submit them, Plaintiff may file and serve a trial brief, proposed verdict form, proposed jury instructions, proposed voir dire, or a statement of the case on or before **December 2, 2015**;

4. All other provisions of the Court's Pretrial Order dated October 28, 2015 remain in full force and effect;

5. The Clerk of the Court is directed to serve a copy of this order on the KSVP Litigation Coordinator via email; and

6. The KSVP Litigation Coordinator is respectfully requested to deliver the emailed copy of this order to Plaintiff as soon as practicable.

IT IS SO ORDERED.

    Dated:   **November 17, 2015**            **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE