# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>G. MIRANDA,<br><br>　　　Defendant.<br>_____/ | Case No.  1:10-cv-00754-LJO-BAM (PC)<br><br>**ORDER ADVANCING JURY TRIAL AND RELATED DEADLINES**<br><br>**Jury trial:** December 1, 2015 at 8:30 a.m. in Courtroom 4 (LJO)<br><br>**ORDER DIRECTING CLERK TO EMAIL COPY OF ORDER TO LITIGATION COORDINATOR** |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter proceeds to trial on Plaintiff's claim against Defendant G. Miranda for excessive force in violation of the Eighth Amendment. A jury trial is scheduled for December 17, 2015.

It is HEREBY ORDERED as follows:

1. Due to the press of court business, jury trial is ADVANCED to **December 1, 2015 at 8:30 a.m. in Courtroom 4 (LJO)**;

2. Plaintiff may bring any written motion(s) in limine, and any written opposition to Defendant's motion(s) in limine, with him to be addressed **in person** at a hearing before the start of the jury trial. Plaintiff should bring **one original and one copy** of any motion(s) in limine and any opposition to Defendant's motion(s) in limine so that he can serve Defendant with a copy of his filing(s) at the time he presents it to the Court;

3. Although he is not required to submit them, Plaintiff may bring with him any trial brief, proposed verdict form, proposed jury instructions, proposed voir dire, or a statement of the case with him to trial to be addressed by the Court. If he chooses to submit any of these, he should bring **one original and one copy** of any such filing(s) with him so that he can serve Defendant with a copy;

4. All other provisions of the Court's Pretrial Order dated October 28, 2015 remain in full force and effect;

5. The Clerk of the Court is directed to serve a copy of this order on the Kern Valley State Prison ("KSVP") Litigation Coordinator via email; and

6. The KSVP Litigation Coordinator is respectfully requested to deliver the emailed copy of this order to Plaintiff as soon as practicable.

IT IS SO ORDERED.

Dated: **November 19, 2015**        /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE