# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. MIRANDA,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:10-cv-00754-LJO-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **LAMONT SHEPARD, CDCR #K-29682**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on December 1, 2015, and **Plaintiff Lamont Shepard, CDCR #K-29682**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　Dated:　**December 1, 2015**　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE